IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-CV-14547-MIDDLEBROOKS

PATRICIA KENNEDY,

        Plaintiff,

v.

MORNINGSIDE SHOPPES, LLC., 3 K'S LATIN FOOD, INC., SLB1989, INC. d/b/a ST. LUCIE BAKERY, HOUSE OF LEE AND CHOY, INC. a/k/a CHINA DELIGHT, and WEST'S COUNTRY COOK'N & BBQ, LLC.,

        Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation for Dismissal with Prejudice ("Stipulation"), filed on July 26, 2017. (DE 55). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 26 day of July, 2017.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record